UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
FEBRUARY 20, 2019 SESSION



**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 5:19-00060
8 U.S.C. § 1326(a)

**LUIS FIGUEROA-ZUNIGA**

I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about September 23, 2005, defendant LUIS FIGUEROA-ZUNIGA, an alien, was found at or near Nogales, Arizona, and was subsequently removed from the United States to Honduras on or about October 14, 2005.

2. On or about February 1, 2019, at or near Ronceverte, Greenbrier County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant LUIS FIGUEROA-ZUNIGA, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                      MICHAEL B. STUART
                      United States Attorney

By:    */s/ Erik S. Goes*
       ERIK S. GOES
       Assistant United States Attorney